

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Kimberly Gandy,                    * Original Mandamus Proceeding

No. 11-22-00197-CV                       * July 28, 2022

                                         * Opinion by Williams, J.
                                           (Panel consists of: Bailey, C.J.,
                                           Trotter, J., and Williams, J.

     This court has inspected the record in this cause and concludes that Kimberly Gandy's petition for writ of mandamus and request for emergency relief should be conditionally granted in part. The Honorable April R. Propst is directed to vacate her order granting the motion to strike Relator's petition in intervention. A writ of mandamus will issue only if Judge Propst fails to act by August 4, 2022. As indicated in this court's opinion, the petition for writ of mandamus is denied in all other respects, including Relator's request for emergency relief.